**Order filed September 3, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00730-CR
_____

**AUTUMN MULLEN-BRIAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1994917**

## ORDER

The clerk's record in this appeal was filed August 31, 2015.

Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain all of the items listed in Rule 34.5(2) of the Texas Rules of Appellate Procedure.

The Harris County Clerk is directed to file a complete clerk's record on or before September 15, 2015, containing all of the items listed in Rule 34.5(2) of the Texas Rules of Appellate Procedure.

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.

PER CURIAM